# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:  MARGARET B. HALL**                                              **NO. 20-12866-JDW**

---

**COMMUNITY BANK OF MISSISSIPPI**                           **PLAINTIFF/ COUNTER-DEFENDANT**

**VS.**                                                                        **ADVERSARY NO.  20-01059-JDW**

**LOANCARE, LLC**                                                    **DEFENDANT/ COUNTER-CLAIMANT**

**MARGARET B. HALL
AND WILLIAM L. FAVA, TRUSTEE**                                          **DEFENDANTS**

## MOTION TO STAY ADVERSARY PROCEEDING

Community Bank of Mississippi brings this motion to stay this adversary proceeding and for cause would show as follows:

1. In light of this Court's approval of the Application of the Chapter 7 Trustee to employ BK Global Real Estate Services to Procure Consented Public Sale Pursuant to 11 U.S.C. §327 (Doc 16), this adversary proceeding should be stayed since a sale as anticipated by the Trustee may moot the issues raised herein. Due to the uncertainties of the sale process, the stay should continue until further Order of the Court. The Bank also requests that the deadline to respond to any outstanding discovery be extended 30 days past the end of the stay.

WHEREFORE, PREMISES CONSIDERED, Community Bank of Mississippi requests that this Court stay this adversary proceeding, extend the deadline to respond

2

to any outstanding discovery 30 days past the end of the stay and grant such other relief as is necessary under the circumstances

DATED: April 9, 2021.

           **COMMUNITY BANK OF MISSISSIPPI**

           By: /s/ Jeff Rawlings
             Its Attorney

### CERTIFICATE OF SERVICE

On April 9, 2021 I served a copy of the foregoing via the ECF notification service upon D. Dewey Hembree, William L. Fava, Karen B. Schneller and the U.S. Trustee.

           /s/ Jeff Rawlings
           Jeff Rawlings

Jeff Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642