**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **MARGARET B. HALL,** | ) | Case No. 20-12866-JDW |
| | ) | |
| Debtor. | ) | Chapter 7 |

| | | |
|---|---|---|
| **COMMUNITY BANK OF MISSISSIPPI,** | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) | A.P. No.:   20-01059-JDW |
| **LOANCARE, LLC and MARGARET B. HALL,** | ) ) ) ) | |
| *Defendants.* | ) ) | |

### ORDER SETTING STATUS HEARING (A.P. Dkt. # 34)

The above-styled bankruptcy case of Margaret B. Hall (the "Debtor") was commenced on September 29, 2020 (Dkt. # 1). An adversary proceeding was initiated on October 5, 2020 (A.P. Dkt. # 1). A *Plaintiff's Motion to Stay Adversary Proceeding* was filed on April 9, 2021 (A.P. Dkt. # 34). The *Motion to Stay* was granted on April 28, 2021 (A.P. Dkt. # 39). Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that a telephonic status hearing is set for **July 28, 2021** at **10:30am.** All attorneys, parties, and other interested parties should follow the dial-in instructions below:

1. Complete the dial-in instructions at least 5 minutes prior to the time of the hearing;
2. Dial **877-336-1829**, and, when prompted, enter number **5667710#**;
3. Once you are connected to the call, identify yourself by stating your name;
4. Once your telephonic presence is acknowledged by the Courtroom Deputy, please mute your phone until further notice of the Court;
5. Do not place the call on hold at any time during the call as this may lead to disturbing noises for the other call participants.

Should you experience difficulties, please contact the Clerk's Office at 662-369-2596.

## END OF ORDER ##